132 Ill. App.2d 657 (1971)
270 N.E.2d 136
THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee,
v.
NAMORE SMITH, Defendant-Appellant.
No. 54351.
Illinois Appellate Court  First District.
March 22, 1971.
Gillis, Gildea & Rimland, of Chicago, (Kenneth L. Gillis, of counsel,) for appellant.
Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and John A. Gibaitis, Assistant State's Attorneys, of counsel,) for the People.
Abstract of Decision.
Judgment affirmed.